No. 86–728.  HONIG, CALIFORNIA SUPERINTENDENT OF PUBLIC INSTRUCTION *v.* DOE ET AL.  C. A. 9th Cir.  [Certiorari granted, 479 U. S. 1084.]  Motion of the Solicitor General to per-

mit Glen D. Nager, Esq., to present oral argument *pro hac vice* granted.